UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Julio Cesar Chirino Fernandez            Case No.: 23-13503-CLC
                                                   Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Continued Hearing was sent to all parties on the attached service list on August 14, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Julio Cesar Chirino Fernandez
870 W 53rd ST
Hialeah, FL 33012

All Creditors on the Matrix

                                   Respectfully Submitted:
                                   **JOSE A. BLANCO, P.A.**
                                   By: */s/ Jose A. Blanco*  | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013
                                   Tel. (305) 349-3463